■ In the Matter of TEDDY SZUMIGALA, Appellant, v PHILIP D. SMOLINSKI et al., Constituting the Board of Elections of Erie County, et al., Respondents.—Order unanimously affirmed without costs *(see, Matter of Goodman v Hayduk,* 45 NY2d 804; *Matter of Callahan v Russo,* 123 AD2d 518). (Appeal from order of Supreme Court, Erie County, Fudeman,

J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Aug. 21, 1987.)